FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Mar 16, 2022
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

RYAN MILLER                                                                                                                       PLAINTIFF

v.                      Case No. 22-cv-2046

TITAN TIRE CORPORATION OF FREEPORT and
TITAN TIRE CORPORATION                                                            DEFENDANTS

## NOTICE OF REMOVAL

Defendant Titan Tire Corporation of Freeport ("TTC of Freeport"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this action from the Circuit Court of Sebastian County, Arkansas, where it is pending as 66FCV-2021-461 to the United States District Court for the Western District of Arkansas. As grounds for this removal, TTC of Freeport states:

1. Plaintiff Ryan Miller filed his Amended Complaint, adding for the first time as a defendant TTC of Freeport, on February 10, 2022, in the Circuit Court of Sebastian County. A copy of Plaintiff's Amended Complaint is attached as Exhibit 1. Service of the Amended Complaint was effectuated (by agreement) on TTC of Freeport on February 18, 2022. In accordance with 28 U.S.C. § 1446(a), a copy of "all process, pleadings, and orders" served upon TTC of Freeport in the state court action is attached as Exhibit 1.

2. Plaintiff's original Complaint was filed in the Sebastian County Circuit Court on June 29, 2021, naming Titan International, Inc., and Titan Tire Corporation as defendants. By Order on Plaintiff's motion, Titan Tire Corporation was dismissed

by the Sebastian County Circuit Court on August 30, 2021. Plaintiff's Amended Complaint, which superseded his original Complaint, did not include Titan International, Inc., as a defendant, but *did* include as a defendant Titan Tire Corporation in addition to TTC of Freeport. Service of the Amended Complaint was effectuated (by agreement) on Titan Tire Corporation on February 18, 2022. Copies of all process, pleadings, and orders from the state court action, specifically those served *prior to* TTC of Freeport's being added and Titan Tire Corporation's being added back as a party-defendant by the Amended Complaint, are attached as Exhibit 2.

    3.    Neither TTC of Freeport nor Titan Tire Corporation has filed a pleading responsive to the Amended Complaint in the Circuit Court of Sebastian County, Arkansas.

    4.    Plaintiff is an Arkansas citizen residing in Greenwood, Sebastian County, Arkansas. *See* Ex. 1, ¶ 1.

    5.    TTC of Freeport is an Illinois corporation with its principal place of business in Freeport, Illinois. *See e.g.*, Ex. 1, ¶ 3; *see also* Declaration of Michael Troyanovich, attached as Exhibit 3, ¶ 2.

    6.    Titan Tire Corporation is an Illinois corporation with its principal place of business in Des Moines, Iowa. *See e.g.*, Ex. 1, ¶ 2; *see also* Ex. 3, ¶ 3.

    7.    Plaintiff alleges that TTC of Freeport, and Titan Tire Corporation, are liable under theories of strict liability/product liability/failure to warn; negligence; and implied warranty of merchantability for his injuries and seeks money damages

in a sum exceeding that required for federal court jurisdiction in a diversity of citizenship case.  *See* Ex. 1, including *ad damnum* clause.

8. Accordingly, this case is removable pursuant to 28 U.S.C. § 1441.  It is a civil action over which this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states, and the amount in controversy exceeds the statutory requisite of $75,000.00.

9. This Notice of Removal is "filed within 30 days after the receipt by [defendant TTC of Freeport], through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…." 28 U.S.C. § 1446(b)(1).

10. Titan Tire Corporation consents to the removal of this action. 28 U.S.C. § 1446(b)(2)(A).

11. TTC of Freeport, upon filing this Notice of Removal, is filing a copy of this Notice of Removal with the Clerk of the Circuit Court for Sebastian County, Arkansas, which has effected this removal in accordance with 28 U.S.C. § 1446(d).

12. Written notice of removal is being served upon Plaintiff in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Titan Tire Corporation of Freeport hereby removes this action to this honorable Court and prays that this Court exercise jurisdiction over this matter and grant to Titan Tire Corporation of Freeport all proper relief to which it is entitled.

        John E. Tull III
        QUATTLEBAUM, GROOMS & TULL PLLC
        111 Center Street, Suite 1900
        Little Rock, Arkansas 72201
        Telephone: (501) 379-1700
        Facsimile: (501) 379-1701
        jtull@qgtlaw.com

        Vincent O. Chadick
        QUATTLEBAUM, GROOMS & TULL PLLC
        4100 Corporate Center Drive, Suite 310
        Springdale, Arkansas 72762
        Telephone: (479) 444-5200
        Facsimile: (479) 444-6647
        vchadick@qgtlaw.com

By:_____
    Vincent O. Chadick, Ark. Bar No. 94075

*Attorneys for Titan Tire Corporation of Freeport and for Titan Tire Corporation*

### CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of March 2022, I served by electronic correspondence and/or hand-delivery a copy of the foregoing upon all counsel of record.

_____
Vincent O. Chadick

4